IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOMAYRA DELGADO CARABALLO, personally and in representation of her minor children B.O.G.D. and M.G.D.; JUAN RAMÓN DELGADO CARABALLO<br><br>Plaintiffs<br><br>v.<br><br>HOSPITAL PAVIA HATO REY, INC.; or alternatively, John Doe Corporation d/b/a HOSPITAL PAVIA HATO REY; APS HEALTHCARE PUERTO RICO, INC., or alternatively, Jane Doe Corporation d/b/a APS HEALTHCARE PUERTO RICO; DR. MARJORIE ACOSTA GUILLOT; DR. NILSA LOPEZ; JOHN DOES 1, 2 and 2; A, B and C CORPORATIONS; INSURANCE COMPANIES A, B, C and D<br><br>Defendants | CIVIL ACTION NO.: 14-01738 (DRD) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

Comes now the undersigned attorney and respectfully informs that he is undertaking the legal representation of defendant APS HEALTHCARE PUERTO RICO, INC. the present matter.

**WHEREFORE**, it is respectfully requested that this Honorable Court takes notice of the above and advice accordingly for all pertinent matters.

Respectfully submitted.

In San Juan, Puerto Rico this 23th day of October 2014.

**I HEREBY CERTIFY**:  that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants in this case.

                s/ JOSE A. MORALES BOSCIO
                JOSE A. MORALES BOSCIO-220614
                jmoralesb@microjuris.com
                *Attorney for Codefendant*
                *APS Healthcare Puerto Rico, Inc.*
                1454 Avenida Fernández Juncos
                San Juan PR  00909
                Tel.  (787) 723-7171
                Fax  (787) 723-7278

lvf