IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOMAYRA DELGADO CARABALLO, personally and in representation of her minor children B.O.G.D. and M.G.D.; JUAN RAMÓN DELGADO CARABALLO<br><br>Plaintiffs<br><br>v.<br><br>HOSPITAL PAVIA HATO REY, INC.; or alternatively, John Doe Corporation d/b/a HOSPITAL PAVIA HATO REY; APS HEALTHCARE PUERTO RICO, INC., or alternatively, Jane Doe Corporation d/b/a APS HEALTHCARE PUERTO RICO; DR. MARJORIE ACOSTA GUILLOT; DR. NILSA LOPEZ; JOHN DOES 1, 2 and 2; A, B and C CORPORATIONS; INSURANCE COMPANIES A, B, C and D<br><br>Defendants | CIVIL ACTION NO.: 14-01738 (DRD) |

**MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

Comes now APS HEALTHCARE OF PUERTO RICO, INC., through their undersigned attorneys and respectfully allege and pray:

An extension of time of thirty (30) days is hereby requested in order to conduct the necessary investigation to answer or otherwise plead.

WHEREFORE, it is respectfully requested that this Honorable Court takes notice of the above and grants the extension of time up to and including **November 23, 2014** to file the answer or otherwise plead at the captioned case.

Respectfully submitted.

In San Juan, Puerto Rico this 23th day of October 2014.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record to their respective e-mail addresses of record.

**s/ Harry Anduze Montaño**
HARRY ANDUZE MONTAÑO-114910
s/ JOSE A. MORALES BOSCIO
JOSE A. MORALES BOSCIO-220614
jmoralesb@microjuris.com

Attorneys for codefendant
APS Healthcare Puerto Rico, Inc.
1454 Fernández Juncos Avenue
San Juan, Puerto Rico 00909
Tel. (787) 723-7171
Fax (787) 723-7278
E-mail handuze@microjuris.com

lvf