IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOMAYRA DELGADO CARABALLO, ET ALS<br><br>Plaintiffs<br><br>v.<br><br>HOSPITAL PAVIA HATO REY, INC.; ET ALS<br><br>Defendants | CIVIL NO.: 14-1738 (DRD) |

**MOTION REQUESTING LEAVE TO FILE REPLY
AND FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

Comes now APS HEALTHCARE OF PUERTO RICO, INC., through their undersigned attorneys and respectfully alleges and prays:

Pursuant to Local Rule 7, appearing defendant respectfully requests leave to file reply to the plaintiffs' Response in Opposition to Motion to file on December 22, 2014, **Docket 17**, in order to address the specific matters brought forward by plaintiffs; and an extension of time until **January 12, 2014** to file the reply.

**WHEREFORE**, appearing defendant respectfully requests the Court an extension of time until **January 12, 2014** to file the above mentioned reply.

Respectfully submitted.

In San Juan, Puerto Rico this 23rd day of December 2014.

**I HEREBY CERTIFY**: that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record to their respective e-mail addresses.

**s/ Harry Anduze Montaño**
Harry Anduze Montaño- 114910
1454 Fernández Juncos Avenue
San Juan PR  00909
Tel.  (787) 723-7171
Fax  (787) 723-7278
E-mail handuze@microjuris.com

srp

G/HAM/Motions/2100-Motion Requesting Leave to File Reply and Extension of time (23 Dec 2014).doc