IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOMAYRA DELGADO CARABALLO, ET ALS<br><br>        Plaintiffs<br><br>        v.<br><br>HOSPITAL PAVIA HATO REY, INC.; ET ALS<br><br>        Defendants | CIVIL NO.: 14-1738 (DRD) |

**MOTION REQUESTING ADDITIONAL EXTENSION OF TIME**

TO THE HONORABLE COURT:

Comes now APS HEALTHCARE OF PUERTO RICO, INC., through their undersigned attorneys and respectfully alleges and prays:

1. On December 23, 2014, **Docket 18,** the appearing party requested an extension of time until today, to file reply to plaintiffs' Response in Opposition to Motion to Dismiss filed on December 22, 2014, **Docket 17.**

2. A short extension of time of one (1) day is respectfully requested in order to finish and submit the document.

**WHEREFORE**, it is respectfully requested that this Honorable Court grants the present extension of time until **January 13, 2015** to file the above mentioned reply.

Respectfully submitted.

In San Juan, Puerto Rico this January 12, 2015.

**I HEREBY CERTIFY**: that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record to their respective e-mail addresses.

                                                             **s/ José A. Morales Boscio**
José A. Morales Boscio- 15296
1454 Fernández Juncos Avenue
San Juan PR  00909
Tel.  (787) 723-7171
Fax  (787) 723-7278
E-mail jmoralesb@microjuris.com

srp

G/HAM/Motions/2100-Motion Requesting Addiitonal Extension of time (12 Jan 2015).doc